*932 490 U. S. 755;
490 U. S. 755;
490 U. S. 755;
490 U. S. 1113;
491 U. S. 376;
490 U. S. 826;
490 U. S. 1105;
490 U. S. 1081;
491 U. S. 905;
490 U. S. 1082;
490 U. S. 1116;
490 U. S. 1099;
490 U. S. 1099;
490 U. S. 1113;
490 U. S. 1069;
490 U. S. 1102;
491 U. S. 907;
490 U. S. 1110;
490 U. S. 1093;
490 U. S. 1111;
*933 No. 88-7065.
No. 88-7103.
No. 88-7107.
No. 88-7128.
No. 88-7148.
No. 88-7157.
No. 88-7171.
No. 88-7200.
No. 88-7240.
No. 88-7272.
No. 88-7281.
490 U. S. 1111;
491 U. S. 908;
ante, p. 909;
ante, p. 909;
ante, p. 910;
ante, p. 904;
490 U. S. 1112;
490 U. S. 1113;
ante, p. 910;
491 U. S. 909; and
491 U. S. 903. Petitions for rehearing denied.